THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
William Ray Andrews,       
Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2004-UP-514
Submitted October 1, 2004  Filed October 
 14, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office 
 of Appellate Defense, of Columbia,for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Appellant, William Ray Andrews, 
 pled guilty to two counts of criminal sexual conduct with a minor in the first 
 degree.  The trial judge sentenced him to concurrent terms of eighteen years 
 on each charge.  Andrews counsel attached to the brief a petition to be relieved 
 as counsel, stating that she had reviewed the record and concluded this appeal 
 lacks merit.  Andrews did not file a separate pro se brief.    
After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and HUFF, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.